**UNITED STATES DISTRICT COURT**
**District of Minnesota**

# PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-1228 PAM/JGL**
**Affidavit of Movant**

I, Charles O. Lentz, an active member in good standing of the bar of the U.S. District Court for the Districtof Minnesota, request that this Court admit pro hac vice Larry J. Rector, an attorney admitted to practice in the Northern District of West Virginia, but not admitted to the bar of this court, who will be counselfor the ( )Plaintiff ( X )Defendant Cunningham Field & Research Services, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 10.19.01
Signature Date

Minnesota Attorney License Number: 168403

Law Firm Name & Address: Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8558 Fax: (612) 339-4181

**Affidavit of Proposed Admittee**

I, Larry J. Rector, am currently a member in good standing of the bar of the U.S. District Court for the ________ District of West Virginia, but am not admitted to the bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Larry J. Rector [signature] 9/12/01
Type/Print Name Signature Date

Attorney License Number: WV State Bar No. 6418

Law Firm Name & Address: Steptoe & Johnson, P.L.L.C.
Bank One Center, Sixth Floor
Clarksburg, WV 26302-2190
Telephone: (304) 624-8000 Fax: (304) 624-8183

Case Number: 01-CV-1228 PAM/JGL Judge Assigned: Paul A. Magnuson
Case Title: Stephen Teichner v. Cunningham Field & Research Services, Inc.

Motion Granted: [signature] OCT 22 2001
For the Court, Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**St. Paul, Minnesota 55101**

FILED OCT 22 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

12/97