UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COURT FILE NO: 01-1228 PAM/JGL

---

Stephen Teichner,

Plaintiff,

vs.

Cunningham Field &
Research Services,

Defendant.

---

***ORDER***

---

This matter came before the Honorable Paul A. Magnuson on the 1st day of November, 2001.

Plaintiff was represented by Attorney Marlene S. Garvis.

Defendant was represented by Attorneys Robin Anderson and Larry Rector. Attorney Rector appeared by telephone.

Based upon all the evidence adduced, the arguments of counsel, and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED**

1. Plaintiff has timely demanded a trial by jury, in accordance with Rule 38 of the Federal Rules of Civil Procedure.

FILED NOV 06 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Court reserves the determination of whether a trial by jury is allowed, pending determination of its availability under the law applicable to the case.

BY THE COURT:

BY: ______________________________
THE HONORABLE PAUL A. MAGNUSON
UNITED STATES DISTRICT JUDGE

DATED: This 6th day of November, 2001.