UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Teichner, Civ. File No. 01-1228 (PAM/JGL)

Plaintiff,

v. **MEMORANDUM AND ORDER**

Cunningham Field & Research Services,

Defendant.

---

Plaintiff Steven Teichner seeks permission of the Court pursuant to Local Rule 7(g) to file a motion for reconsideration of this Court's Order of November 29, 2001 (Clerk Doc. No. 29), denying Teichner's Motion to Remand. The Rule provides that permission to file a motion to reconsider will be granted "only upon a showing of compelling circumstances." D. Minn. L.R.7(g).

Teichner contends that he should be allowed to present his alternative Motion to Stay so that he can appeal the Court's refusal to remand. Specifically, Teichner asserts that denying him an immediate appeal will force him to prosecute claims he did not plead. However, as noted in the Court's previous Order, Teichner did in fact plead that Defendant made misrepresentations about the scope of ERISA plans. (See Compl. ¶ 39; see also id. ¶¶ 45, 50, 65.) Thus, characterizing those claims as preempted by ERISA does not force Teichner to prosecute claims he did not plead. Teichner has failed to show the compelling

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

circumstances required for a Motion for Reconsideration.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's request for permission to file a Motion for Reconsideration is **DENIED**.

Dated: December 17, 2001

Paul A. Magnuson
United States District Court Judge