UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen Teichner

Plaintiff,

v.

Cunningham Field

Defendant.

Civil 01-1228 PAM

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 19, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

APR 1 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK